IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA RENTZ JOHNSON, individual; and GEORGE JOHNSON, individual; <br><br>      Plaintiffs, <br><br> vs. <br><br>C.R. ENGLAND, INC., a Utah Corporation; and DYLLAN ANDRUS MILLER, an Individual; <br><br>      Defendants. | 8:21CV363 <br><br> SECOND AMENDED <br> TRIAL SETTING ORDER |

  This matter is before the Court on the Joint Motion to Modify Amended Trial Setting Order (Filing No. 78). After review of the motion and for good cause shown,

  **IT IS ORDERED** that the Joint Motion to Modify Amended Trial Setting Order (Filing No. 78) is granted that the Amended Trial Setting Order is amended as follows:

1) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **April 15, 2024**.

2) The deadline for filing motions to dismiss and motions for summary judgment is extended to **April 15, 2024**.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **April 30, 2024**.

4) The Final Pretrial Conference remains scheduled to be held before the undersigned magistrate judge on **July 9, 2024**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on July 2, 2024**.

5) The jury trial of this case remains set to commence before Joseph F. Bataillon, Senior United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **8:30 a.m.** on **August 13, 2024**, or as soon thereafter as the case may be called, for a duration of **four (4)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

6) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

Dated this 4th day of April, 2024.

                       BY THE COURT:

                       s/Michael D. Nelson
                       United States Magistrate Judge